


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JAROSLAW UBOWSKI ET. AL,                    06 CV 9434
                                            Hon. Barbara S. Jones

                        Plaintiffs,

        - against -                         **STIPULATION AND
                                            ORDER OF DISMISSAL**

MANGIA ET. AL,

                        Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs JAROSLAW UBOWSKI, BARTOSZ BILINSKI, WLODZIMIERZ JAWORSKI, MARIAN KRAJEWSKI, JOZEF MARZINSKI, ANGELIKA MOLAS, TOMASZ POPIOLEK, AGNIESZKA WIATROWICZ, ANNA WIT, and ADAM WIERCINSKI ("Plaintiffs") and Defendants MANGIA 57, INC., MANGIA WALL CORP., MANGIA WALL LLC, MANGIA 23RD STREET LLC, SERVICES MANGIA, INC., SASHA MUNIAK a/k/a SASHA A. MUNIAK a/k/a SASHA T. MUNIAK, MALGORZATA CYMANOW a/k/a MARGARET CYMANOW, LORIE FRIEDMAN, SCOTT LECHTRECKER, DARIUSZ MASLANKA, KRYSZTOF MASALANKA, ARTUR ZBOZIEN, ("Defendants"), and their respective attorneys that the above-referenced action has been settled without any admission or finding or liability, and, accordingly, is and shall be dismissed with prejudice and without costs or fees to any party as against any other party, except that the Court shall have continuing jurisdiction to enforce the terms of the parties' Settlement Agreement and Release.

Dated: Nov. 2, _____, 2007

ROBERT WISNIEWSKI, P.C.

By: _____
Robert Wisniewski
225 Broadway, Suite 612
New York, New York 10007
(212) 267-2101

Attorneys for Plaintiffs

BALBER PICKARD MALDONADO &
VAN DER TUIN, PC

By: _____
Roger Juan Maldonado
Sarah Bawany Yousuf
1370 Avenue of the Americas
New York, New York 10019
(212) 246-2400

Attorneys for Defendants

So ordered:
Barbara S. Jones
USDJ
11/8/07